UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                          )
IN RE YASMIN AND YAZ (DROSPIRENONE))          3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND      )
PRODUCTS LIABILITY LITIGATION            )          MDL No. 2100
_____)
                                                                    ORDER
                                                                    VACATING DISMISSAL

**This Document Relates to:**

*Bernadette Polux v. Bayer Corp., et al.* No. 3:11-cv-11848-DRH-PMF

*Tracey Owen v. Bayer Corp., et al.* No. 3:10-cv-13652-DRH-PMF

### ORDER

**HERNDON, Chief Judge:**

Plaintiff Bernadette Polux has filed a motion to vacate (3:11-cv-11848 Doc. 9) the Court's order dismissing her case without prejudice for failure to comply with Plaintiff Fact Sheet Requirements (3:11-cv-11848 Doc. 8).[1]  Bayer is not opposed to plaintiff's motion to vacate (3:11-cv-11848 Doc. 10).

Plaintiff Tracy Owen has filed a motion to vacate (3:10-cv-13652 Doc. 18) the Court's order dismissing her case without prejudice for failure to comply with Plaintiff Fact Sheet Requirements (3:10-cv-13652 Doc. 16).  Bayer is not opposed to plaintiff's motion to vacate (3:10-cv-13652 Doc. 19).

---

[1] Plaintiff's motion is termed as a motion to deny defendant's motion to dismiss. The Court treats it as a motion to vacate the order of dismissal.

Accordingly, the Court hereby **VACATES** the orders dismissing without prejudice plaintiffs' actions in the above titled cases.  The Clerk of the Court is directed to **REINSTATE** the plaintiffs' actions.

**SO ORDERED:**

*/s/ David R. Herndon*
David R. Herndon
2012.03.23
08:58:46 -05'00'

**Chief Judge**
**United States District Court**                                         Date:  March 23, 2012